IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CLIFFORD "RAY" HACKETT, | ) | CIV. NO. 16-00469 JMS-RLP |
| | ) | |
| Plaintiff, | ) | ORDER DISMISSING ACTION |
| | ) | |
| vs. | ) | |
| | ) | |
| FUKUDA ENTERPRISES LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER DISMISSING ACTION

On August 23, 2016, pro se Plaintiff Clifford "Ray" Hackett

("Plaintiff") filed a Complaint against Defendant Fukuda Enterprises LLC.  ECF

No. 1.  A Deficiency Order was issued on August 24, 2016, and both the

Deficiency Order and the court's Application to Proceed in District Court Without

Prepaying Fees or Costs ("IFP Application") were served that day by first class

mail at the address Plaintiff provided:  General Delivery, Keaau, HI 96749.  *See*

ECF No. 2.

The Deficiency Order granted Plaintiff thirty days to either pay the

$400.00 filing fee or submit a completed and executed IFP Application, and

warned Plaintiff that failure to do so will result in automatic dismissal of this

action without prejudice. *See* ECF No. 2 at 2-3.

As of October 18, 2016, Plaintiff has neither filed an IFP Application

nor paid the filing fee.  Accordingly, this action is DISMISSED without prejudice.

The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, October 18, 2016.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*Hackett v. Fukuda Enters LLC*, Civ. No. 16-00469 JMS-RLP, Order Dismissing Action

## Other Orders/Judgments
1:16-cv-00469-JMS-RLP Hackett v. Fukuda Enterprises Llc

### U.S. District Court

### District of Hawaii

#### Notice of Electronic Filing

The following transaction was entered on 10/19/2016 at 8:47 AM HST and filed on 10/19/2016
**Case Name:**        Hackett v. Fukuda Enterprises Llc
**Case Number:**      1:16-cv-00469-JMS-RLP
**Filer:**
**Document Number:** 4

**Docket Text:**
**ORDER DISMISSING ACTION. Signed by CHIEF JUDGE J. MICHAEL SEABRIGHT on 10/18/2016. (afc)**

**This action is DISMISSED without prejudice. The Clerk of Court is directed to close the case.**

---

**CERTIFICATE OF SERVICE**
Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry

**1:16-cv-00469-JMS-RLP Notice has been electronically mailed to:**

**1:16-cv-00469-JMS-RLP Notice will not be electronically mailed to:**

Clifford Ray Hackett
General Delivery
Keaau, HI 96749

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=10/19/2016] [FileNumber=2170411-0] [93847f68a54c24d59c622d56c4ad74cec85381652dab66e4ef6492e5f0df16ecad f152db75583cdf950a42cc220b675ec07ea88a3427711cb6ad2ad0acc20064]]